# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 239476 |
| Trans | 145586 |

Received From: **DAVID CARVALHO**
Case Number:
Reference Number: **CV 01-771HG**

|  | | |
|---|---|---|
| Check | | 52.00 |
| Total | | 52.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 52.00 |
| | | Total | 52.00 |
| | | Tend | 52.00 |
| | | Due | 0.00 |

05/16/2007 12:22:57 PM        Deputy Clerk: et/DT        _____