# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | 239630 |
| Trans | 145783 |

Received From:   **DAVID CARAVALHO**
Case Number:
Reference Number:   CV 01-771HG

|  | | |
|---|---|---|
| Check | | 12.00 |
| Total | | 12.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 12.00 |
| | | **Total** | 12.00 |
| | | Tend | 12.00 |
| | | Due | 0.00 |

05/31/2007 11:52:03 AM     Deputy Clerk:  bb/LG