# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **239891** |
| Trans | 146117 |

Received From: **DAVID CARAVALHO**
Case Number:
Reference Number: **CV 01-771HG**

|  |  |
|---|---|
| Check | 6.00 |
| Total | 6.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.00 |
|  | **Total** |  | **6.00** |
|  | Tend |  | 6.00 |
|  | Due |  | 0.00 |

06/15/2007 12:11:39 PM     Deputy Clerk: et/AG