# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240271 |
|---|---|
| Trans | 146627 |

Received From:   **DAVID CARAVALHO**
Case Number:
Reference Number:   **CV 01-771HG**

|  | Check | 16.00 |
|---|---|---|
|  | Total | 16.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 16.00 |
|  | **Total** | | **16.00** |
|  | Tend | | 16.00 |
|  | Due | | 0.00 |

07/23/2007 02:35:03 PM        Deputy Clerk:  et/AG