# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 240369 |
|---|---|
| Trans | 146754 |

Received From: **DAVID CARAVALHO**

Case Number:

Reference Number: **CV 01-771HG**

|  | Check | 13.49 |
|---|---|---|
|  | Total | 13.49 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 13.49 |
|  |  | **Total** | **13.49** |
|  |  | Tend | 13.49 |
|  |  | Due | 0.00 |

07/30/2007 01:06:31 PM     Deputy Clerk: bb/LG     _____